# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMAL DAMON HENDRIX,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND TIMOTHY FILSON, WARDEN,
Respondents.

No. 75330

FILED

JUL 1 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing appellant's postconviction petition for writ of habeas corpus. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Appellant has filed a motion indicating that he wishes to withdraw his appeal. The motion is granted and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Gary Fairman, District Judge
Jamal Damon Hendrix
Attorney General/Carson City
Attorney General/Ely
White Pine County Clerk